**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHEOL HEE LEE and SEBASTIAN PARK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUPANG, INC. and BOM KIM,<br><br>Defendants. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No. 1:26-cv-00687-AMD-MMH |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Cheol Hee Lee and Sebastian Park, by their counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant(s) Coupang, Inc. and Bom Kim.

Date: October 5, 2026

Respectfully Submitted,

/s/ Hunter Jay Shkolnik
Hunter Jay Shkolnik
Napoli Shkolnik
NS PR Law Services LLC
1302 Avenida Ponce de Leon
Santurce, PR 00907
Email: Hunter@nsprlaw.com

/s/ Salvatore C. Badala
Salvatore C. Badala (SB2053)
NAPOLI SHKOLNIK PLLC
400 Broad Hollow Road, Ste. 305
Melville, NY 11747
Email: SBadala@napolilaw.com

/s/ Shayna Erin Sacks
Shayna Erin Sacks
Napoli Skolnik PLLC
360 Lexington Avenue
11th. Floor
New York, NY 10017
Email: ssacks@napolilaw.com

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

The undersigned attorney certifies that on October 5, 2026, he electronically filed a copy of the attached via the this Courts Electronic Filing System (CM/ECF), which sent notification of such filing to all Filing Users.

*/s/ Hunter Jay Shkolnik*